UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 69.14.120.238; <br><br> Defendant. | 2:23-CV-10681-TGB <br><br> ORDER DISMISSING CASE <br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED with prejudice.

DATED this 30th day of May, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge